

**IN RE: S.S., a Minor**

**Appeal of: K.S., Mother**

**188 MDA 2017**

Superior Court of Pennsylvania.

06/19/2017

2015–0031A (York)

Affirmed

**IN RE: L.J.K., a Minor**

**Appeal of: K.S., Mother**

**189 MDA 2017**

Superior Court of Pennsylvania.

06/19/2017

2015–0030A
(York)
Affirmed

**IN RE: S.S., a Minor**

**Appeal of: K.S., Mother**

**207 MDA 2017**

Superior Court of Pennsylvania.

6/19/2017

CP–67–DP–0000065–2013
(York)
Affirmed

**IN the INTEREST OF: L.J.K., a Minor**

**208 MDA 2017**

Superior Court of Pennsylvania.

06/19/2017

CP–67–DP–0000066–2013
(York)
Affirmed

**NEFF, E.**

**v.**

**PENNYMAC CORP.**

**1568 WDA 2016**

Superior Court of Pennsylvania.

06/19/2017

A.D. No. 16–10379
(Butler)
Affirmed

**COM.**

**v.**

**TRIPLIN, T.**

**1796 WDA 2016**

Superior Court of Pennsylvania.

06/19/2017

CP–11–CR–0001677–2014 (Cambria)

Quashed

